MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
WHITNEY WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
ALIX R. GOLDSTEIN, ESQ.
Nevada Bar No. 16540
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
welchkirmsew@gtlaw.com
alix.goldstein@gtlaw.com
***Counsel for Defendant Clark County School District***

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| M.S., a minor by and through his Parents, VANESSA VALLADARES and MICHAEL SAAVEDRA,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; CAROLE RIORDAN, individually and in her capacity as Plaintiff's former teacher of record; DOES I-X, and ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO. 2:25-cv-00536-CDS-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[FIRST REQUEST]** |

The Parties, Plaintiff M.S., by and through his parents Vanessa Valladares and Michael Saavedra ("Plaintiff") and Defendant Clark County School District ("CCSD") and Defendant Carole Riordan ("Riordan"), through their undersigned counsel, hereby make their first request to modify the stipulated discovery plan and scheduling order, as follows:

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

## I. STATEMENT OF DISCOVERY COMPLETED

At the Court's direction, the Parties submitted their stipulated discovery plan and scheduling order on August 28, 2025, [ECF No. 15] and the Court entered its scheduling order on September 3, 2025, [ECF No. 18]. The Parties have completed the following discovery to date:

1. On August 13, 2025, Plaintiff served his Initial Disclosures.

2. On August 15, 2025, Defendant CCSD served its Initial Disclosures.

3. On October 7, 2025, Plaintiff served his First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set of Requests for Admission to Defendants CCSD and Riordan.

4. On November 18, 2025, Defendant Riordan served her Initial Disclosures.

5. On November 18, 2025, Defendant Riordan served her Responses to Plaintiff's First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set of Requests for Admission.

6. On November 20, 2025, Defendant CCSD served its Responses to Plaintiff's First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set of Requests for Admission.

7. On November 21, 2025, Defendant CCSD served its First Supplemental Disclosures.

8. On December 4, 2025, Defendant CCSD served its First Set of Interrogatories and First Set of Requests for Production of Documents Plaintiff.

## II. STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED

The following discovery remains to be completed:

1. Plaintiff to respond to Defendant CCSD's First Set of Interrogatories and Requests for Production;

2. Plaintiff and Defendants to serve additional written discovery;

3. Defendant CCSD's expert to complete psychological exam of Plaintiff;

4. Complete party depositions;

5. Disclosure of experts, expert reports; and

6. Complete expert discovery and depositions.

## III. REASONS WHY DISCOVERY WILL NOT BE COMPLETED BY THE CURRENT DISCOVERY CUTOFF

Under the current deadlines, initial expert disclosures are due on January 19, 2026, and discovery closes on March 20, 2026. Defendant CCSD is attempting to schedule an independent medical examination of Plaintiff, but Defendant CCSD's expert is booked until late February. The Parties require additional time to complete the independent medical examination, serve expert reports, and conduct expert depositions. Accordingly, an extension of 60 days for all discovery deadlines is requested.

## IV. PROPOSED SCHEDULE

The Parties hereby stipulate and agree that the deadlines to complete discovery as set forth in the Scheduling Order [ECF 18] shall be extended by 60 days as follows:

1. **Amending Pleadings and Adding Parties**: The deadline to amend pleadings and add parties shall be extended 62 days from December 19, 2025, to Monday, February 16, 2026 (the 60th day falls on Saturday, February 14, 2026, and is advanced to Monday, per Fed. R. Civ. P. 6(a)(1)(C)).

2. **Initial Expert Disclosure**: The deadline to file initial expert reports shall be extended from January 19, 2026, to Friday, March 20, 2026.

3. **Rebuttal Expert Disclosure:** The deadline to file rebuttal expert reports shall be extended 61 days from February 18, 2026, to Monday, April 20, 2026 (the 60th day falls on Sunday, April 19, 2026, and is advanced to Monday, per Fed. R. Civ. P. 6(a)(1)(C)).

4. **Discovery Period:** The deadline to complete discovery shall be extended from March 20, 2026, to Tuesday, May 19, 2026.

5. **Dispositive Motions**: The deadline to file dispositive motions shall be extended from April 17, 2026, to Tuesday, June 16, 2026.

6. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date for filing the dispositive motions. Therefore, the joint

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

pretrial order shall be extended 62 days from May 19, 2026, to Monday, July 20, 2026 (the 60th day falls on Saturday, July 18, 2026, and is advanced to Monday, per Fed. R. Civ. P. 6(a)(1)(C)). In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or by further order of the court.

This stipulation and order is sought in good faith and not for the purposes of delay. This is the second request for a scheduling extension.

**IT IS SO STIPULATED.**

**ARIAS SANGUINETTI WANG & TEAM LLP**

By: Christopher A.J. Swift

GREGG A. HUBLEY
Nevada Bar No. 07386
CHRISTOPHER A.J. SWIFT
Nevada Bar No. 11291
CHAD ARONSON
Nevada Bar No. 14471
7201 W. Lake Mead Blvd., #570
Las Vegas, Nevada 89128

-and-

**LAW OFFICES OF MARIANNE C. LANUTI**
MARIANNE C. LANUTI
Nevada Bar No. 07784
658 Falcon Summit Court
Henderson, Nevada 89012
***Counsel for Plaintiff***

**GREENBERG TRAURIG, LLP**

By: /s/ Alix R. Goldstein

MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
WHITNEY WELCH-KIRMSE
Nevada Bar No. 12129
ALIX R. GOLDSTEIN
Nevada Bar No. 16540
10845 Griffith Peak Drive, #600
Las Vegas, Nevada 89135
***Counsel for Defendant Clark County School District***

**GARIN LAW GROUP**

By: /s/ Lisa J. Zastrow

LISA J. ZASTROW
Nevada Bar No. 9727
DAVID T. OCHOA
Nevada Bar No. 10414
9900 Covington Cross Drive, # 210
Las Vegas, Nevada 89144
***Counsel for Defendant Carole Riordan***

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

**ORDER**

In consideration of the stipulation by the parties, and with good cause appearing,

1. **Amending Pleadings and Adding Parties**: The deadline to amend pleadings and add parties shall be extended 62 days from December 19, 2025, to Monday, February 16, 2026.

2. **Initial Expert Disclosure**: The deadline to file initial expert reports shall be extended from January 19, 2026, to Friday, March 20, 2026.

3. **Rebuttal Expert Disclosure:** The deadline to file rebuttal expert reports shall be extended 61 days from February 18, 2026, to Monday, April 20, 2026.

4. **Discovery Period:** The deadline to complete discovery shall be extended from March 20, 2026, to Tuesday, May 19, 2026.

5. **Dispositive Motions**: The deadline to file dispositive motions shall be extended from April 17, 2026, to Tuesday, June 16, 2026.

6. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date for filing the dispositive motions. Therefore, the joint pretrial order shall be extended 62 days from May 19, 2026, to Monday, July 20, 2026. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or by further order of the court.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE COURT JUDGE

DATED: January 7, 2026